QUIROGA LAW OFFICE, PLLC
505 N. Argonne Rd., Suite B-109
Spokane Valley, WA  99212
Telephone (509) 927-3840

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELTON HERNANDEZ CASTRO; KRISTINE NICHOLLE HERNANDEZ | Case No. 21-00315 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| ALEJANDRO MAYORKAS, Secretary Of the Department of Homeland Security; ANTONY J. BLINKEN, United States Secretary of State; ERIC S. COHAN; Consul General of the United States, City Of Ciudad Juarez, | |
| Defendants. | |

CERTIFICATE OF SERVICE - 1

# CERTIFICATE OF SERVICE

I certify that on November 10, 2021, I served, by certified mail, a copy of the filed Summons and Complaint to the following:

Civil Process Clerk
United States Attorneys Office
P.O. Box 1494
Spokane, WA 99210-1494

Attorney General Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

/s/ Clayton Cook-Mowery
Clayton Cook-Mowery
Washington State Bar No. 41110
QUIROGA LAW OFFICE, PLLC
505 N. Argonne Rd., Suite B-109
Spokane Valley, WA  99212
Telephone (509) 927-3840
Fax (509) 210-4607
*Attorney for Plaintiff*