FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELTON HERNANDEZ CASTRO; and KRISTINE NICHOLLE HERNANDEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, United States Secretary of the Department of Homeland Security; ANTONY J. BLINKEN, United States Secretary of State; and ERIC S. COHAN, Consul General of the United States, City of Ciudad Juarez,<br><br>    Defendants. | No. 2:21-CV-00315-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 12. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation of dismissal and dismisses this case.

//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. All hearings and deadlines in the above-captioned matter, including the June 24, 2022 scheduling conference, are **STRICKEN**.

3. The above-captioned matter is **DISMISSED without prejudice**. Each party is responsible for their own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 8th day of June 2022.



*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**